TIMOTHY COURCHAINE
United States Attorney
District of Arizona
BRUCE R. VAN BAREN
Assistant United States Attorney
Illinois State Bar No. 6310375
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bruce.van.baren@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 26-3054MJ |
|---|---|
| Plaintiff, | **MOTION TO SEAL COMPLAINT** |
| vs. | |
| Andrew Paul Amarillas, | **(Filed Under Seal)** |
| Defendant. | **SEALED** |

The United States of America, by and through counsel undersigned, moves this Court for an Order sealing the Complaint, Affidavit of Probable Cause, and this Motion and Order filed in this matter until the arrest of the defendant.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED this 4th day of March 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_/s Bruce R. Van Baren_
BRUCE R. VAN BAREN
Assistant U.S. Attorney