IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 26- 3054MJ |
|---|---|
| Plaintiff, | **ORDER TO SEAL COMPLAINT** |
| v. | |
| Andrew Paul Amarillas, | **(Filed Under Seal)** |
| Defendant. | **SEALED** |

Based upon the United States of America's Motion to Seal, and good cause appearing:

**IT IS ORDERED** that the Complaint filed in this matter, the Affidavit of Probable Cause, the Motion to Seal, and this Order be filed under seal, to be unsealed upon the arrest of the defendant.

DATED this __4__ day of __March__ , 2026.

_____

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

(cc: None)