AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of ___Arizona___

FILED __ LODGED
✗ RECEIVED __ COPY

MAR 0 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26-3054MJ |
| | ) | |
| | ) | |
| | ) | |
| Andrew Paul Amarillas | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Paul Amarillas                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18: 371 - Conspiracy to Possess and Sell Stolen Ammunition and Commit Theft of Government Property

Date:     03/04/2026

*M Morrissey*

*Issuing officer's signature*

City and state:     Phoenix, Arizona

Michael T. Morrissey, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 3/4/2026 , and the person was arrested on *(date)* 3/5/2026
at *(city and state)* _____

Date: 3/5/2026

*Arresting officer's signature*

Tai Pham, Special Agent

*Printed name and title*