AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Andrew Paul Amarillas | ) Case No. 1:26-MJ-70 |
| | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 26-3054MJ |

FILED ~~LODGED~~
X RECEIVED ____ COPY

MAR 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of **Arizona** ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___3|6|2025___

/s/ Ivan D. Davis
*Judge's signature*

Ivan D. Davis, Unites States Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    ☑

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:26-mj-70 |
| Andrew Paul Amarillas | ) |
| | ) |
| | ) Charging District's Case No.  26-3054MJ |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  ____ **District of Arizona**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      03/06/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Todd M. Richman
*Printed name of defendant's attorney*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

**UNITED STATES OF AMERICA**

v.

**Criminal No.** __1:26-MJ-70__

Andrew Paul Amarillas

**Defendant**

### ORDER

This matter comes before the Court on its own initiative. In accord with the Due Process

Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court

CONFIRMS the United States' obligation to disclose to the defendant all exculpatory evidence,

that is, evidence that favors the defendant or casts doubt on the United States' case, as required

by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United

States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious

consequences, including, but not limited to, exclusion of evidence, adverse jury instructions,

dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The judge presiding over the first scheduled court date when both prosecutor and defense

counsel are present shall give oral notice of the provisions in this Order. The presiding judge,

pursuant to the Due Process Protections Act, shall also enter a written order in compliance with

this Order.

1

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

/s/ Ivan D. Davis

Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia
Date: 3/6/2025

2

TYPE OF HEARING: R5(R40)
CASE NUMBER: 1:26-MJ-70
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 3/6/2026
TIME: 2:07  p.m.
EASTERN DISTRICT OF VIRGINIA     RECORDING: FTR
DEPUTY CLERK: Laura Guerra

UNITED STATES OF AMERICA

VS.

Andrew Paul Amarillas

**GOVT. ATTY:**     Dahoud Askar

**DEFT'S ATTY:**     w/o counsel

**AFPD DUTY:**  Todd Richman

**INTERPRETER:**

Deft informed of rights, charges, and penalties  ( x )
Deft informed of rights and penalties ( )
Court to appoint counsel ( )   FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure
obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Court to appoint FPD in this district.

**BOND:**

Deft waives all hearings in this district and requests them in the charging district.

Deft remanded to the custody of the USMS for transport to the District of Arizona.

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**

**Q**uery     Reports     **U**tilities     Help     What's New     Log Out

CLOSED

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00070-IDD-1

Case title: USA v. Amarillas

Date Filed: 03/06/2026

Date Terminated: 03/06/2026

Assigned to: Magistrate Judge Ivan D. Davis

### Defendant (1)

**Andrew Paul Amarillas**
*TERMINATED: 03/06/2026*

represented by **Todd M. Richman**
Office of the Federal Public Defender
(Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
(703) 600-0800
Email: todd_richman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff

**USA**                                    represented by **Dahoud Askar**
DOJ-Crm
1331 F Street NW
Washington, DC 20004
202-368-1667
Email: dahoud.askar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2026 | | Arrest of Andrew Paul Amarillas in Eastern District of Virginia(Alexandria). (lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 1 | Arrest Warrant Returned Executed on 3/5/2026 in case as to Andrew Paul Amarillas. (lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance in Rule 5(c)(3) Proceedings as to Andrew Paul Amarillas held on 3/6/2026. US appeared through: Dahoud Askar. Deft appeared without counsel. Duty AFPD: Todd Richman present. Deft informed of rights, charges, and penalties. Court to appoint FPD in this district. Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Deft waives all hearings in this district and requests them in the charging district. Deft remanded to the custody of the USMS for transport to the District of Arizona.(Tape #FTR.)(lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 3 | Due Process Protections Act Order as to Andrew Paul Amarillas. Signed by Magistrate Judge Ivan D. Davis on 3/6/2026. (lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 4 | WAIVER of Rule 5 Hearings by Andrew Paul Amarillas (lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Paul Amarillas. Defendant committed to the custody of the USMS for transport to the District of Arizona. Signed by Magistrate Judge Ivan D. Davis on 3/6/2026. (lgue, ) (Entered: 03/06/2026) |
| 03/06/2026 | 6 | Notice to District of Arizona of a Rule 40 transfer as to Andrew Paul Amarillas. (lgue, ) (Entered: 03/06/2026) |