**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (No. 035228)
76 E. Mitchell Drive
Phoenix, Arizona 85012-2330
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 6-MJ-03054 |
| Plaintiff, | **APPEARANCE OF COUNSEL** |
| v. | |
| Andrew Paul Amarillas, | |
| Defendant. | |

To: The clerk of the Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Andrew Paul Amarillas.

DATED this 20th day of March 2026.

**GRAND CANYON LAW GROUP LLC**


By: */s/ Joseph D. Tobler*
　　Joseph D. Tobler
　　*Attorney for Defendant*
　　Andrew Paul Amarillas

. . .

Certificate of Service:

I hereby certify that on 20th of March 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable James F. Metcalf

2